# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KRISTIE BROWNELL, individually and on behalf of all other similarly situated,

Plaintiff,

-vs-

STARBUCKS COFFEE COMPANY,

Defendant.

---

Case No. 5:22-CV-1199

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Spencer Sheehan, Esq. and Sheehan & Associates, P.C. I certify that I am admitted to practice in this court.

**DATED:** August 3, 2023

COSTELLO, COONEY & FEARON, PLLC

By: _____
DANIEL R. ROSE
Federal Bar No. 518366
Attorneys for Sheehan & Associates, P.C.
Spencer Sheehan, Esq.
Office and Post Office Address
211 West Jefferson Street, Suite 1
Syracuse, NY 13202
Telephone: (315) 422-1152
drose@ccf-law.com

**TO:** SHEPPARD MULLIN RICHTER & HAMPTON, LLP
Attorneys for Defendant
Office and Post Office Address
30 Rockefeller Plaza, 39th Fl.
New York, NY 10112-0002