# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

------------------------------------

**KRISTIE BROWNELL, individually and on behalf of all other similarly situated,**

                    **Plaintiff,**

-against-

**STARBUCKS COFFEE COMPANY,**

                    **Defendants.**

------------------------------------

Case No. 5:22-CV-1199

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2023, I electronically filed the foregoing Notice of Appearance, with the Clerk of the United States District Court for the Northern District of New York, using the CM/ECF system, which sent notification of such filing to the following:

1. Paul W. Garrity. – pgarrity@sheppardmullin.com; 4153976420@filings.docketbird.com; ny-docketing@sheppardmullin.com;

2. Robert J. Guite – rguite@sheppardmullin.com

3. Sascha Henry – shenry@sheppardmullin.com; tfielding@sheppardmullin.com

4. Spencer Sheehan – spencer@spencersheehan.com, calendar@spencersheehan.com; spencer@ecf.courtdrive.com, spencer@spencersheehan1.com

5. Theodore T. Hillebrand – thillebrand@spencersheehan.com

**DATED:**    **August 3, 2023**

                                  **COSTELLO, COONEY & FEARON, PLLC**
                                  /s/ *Daniel R. Rose*
                                  **DANIEL R. ROSE**
                                  **Bar Roll No. 518366**