# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**KRISTIE BROWNELL, individually and on behalf of all other similarly situated,**

**Case No.   5:22-CV-1199 (FJS/ATB)**

**Plaintiff,**

-vs-

**NOTICE OF APPEAL**

**STARBUCKS COFFEE COMPANY,**

**Defendant.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE** is hereby given that Spencer Sheehan, Esq. and Sheehan & Associates, PC, a non-party to the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an Order of the Hon. Frederick J. Scullin, Jr. dated and entered on the 2nd day of January, 2025, and each and every other Order affecting such final determination of this Court.

**Dated:        January 24, 2025**        **COSTELLO, COONEY & FEARON, PLLC**

**DANIEL R. ROSE**
**Federal Bar No. 518366**
**Attorneys for Non-Parties, Spencer Sheehan, Esq.**
**and Sheehan & Associates, P.C.**
**Office and Post Office Address**
**211 West Jefferson Street, Suite 1**
**Syracuse, NY 13202**
**Telephone:   (315) 422-1152**
drose@ccf-law.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

KRISTIE BROWNELL, individually and on behalf of
All others similarly situated,

                                Plaintiff,

                v.                                                    5:22-CV-1199
                                                                     (FJS/ATB)

STARBUCKS COFFEE COMPANY,

                                Defendant.

_____

APPEARANCES                                        OF COUNSELOR

COSTELLO, COONEY & FEARON, PLLC          PAUL G. FERRARA, ESQ.
211 West Jefferson Street                         DANIEL R ROSE, ESQ.
Syracuse, New York 13202
Attorneys for Respondents Spencer Sheehan
& Associates, P.C.

ASHLEY FURNITURE INDUSTRIES, LLC         ROBERT AMICONE, ESQ.
1670 East 8th Avenue
Tampa, Florida 33605
*Amicus Curiae*

SCULLIN, Senior Judge

## ORDER[1]

On July 12, 2023, the Court issued a Memorandum-Decision and Order, in which, among

other things, it issued a show-cause order as to why it should not sanction Plaintiff's counsel,

Spencer Sheehan, Esq., of Sheehan & Associates, PC., for filing a frivolous lawsuit in this

District. *See* Dkt. No. 24, Memorandum-Decision and Order, at 17-19. On July 23, 2023, Mr.

Sheehan submitted a five-page letter brief responding to the Court's order to show cause. *See*

_____

[1] The Court assumes the parties' familiarity with the prior proceedings in this case and, therefore,
will not reiterate those facts except where necessary to an understanding of this Order.

Dkt. No. 26. The Court then scheduled a hearing for August 22, 2023, and granted his counsel's request to file a five-page supplemental submission. *See* Dkt. No. 34.

After the hearing, the Court issued a Memorandum-Decision and Order, in which it determined that "Mr. Sheehan filed Plaintiff's complaint without any studies, relevant caselaw, or reasonable interpretations of the wording on the Product label to support the allegations contained within." *See* Dkt. No. 41, Memorandum-Decision and Order dated November 30, 2023, at 19. Therefore, for the reasons stated in the Court's November 30, 2023 Memorandum-Decision and Order as well as for the reasons the Court had articulated at the show cause hearing, the Court concluded that Mr. Sheehan "acted in bad faith when he commenced this action" and, therefore, held "Mr. Sheehan in contempt for his conduct in this matter." *See id.* at 19. The Court, however, reserved decision on the nature of the sanctions it would impose. *See id.* at 20.

After engaging in further research regarding similar cases and considering Mr. Sheehan's behavior in this Court and his similar behavior in other cases in this District and beyond, as well as his statements at the show cause hearing and in his submissions regarding the show cause order, the Court hereby

**ORDERS** that Mr. Sheehan shall pay $500.00 as a sanction for violating Rule 11(b)(2) of the Federal Rules of Civil Procedure. Within fourteen (14) days of the date of this Order, Mr. Sheehan shall contact the Clerk's Office at 315-234-8500 and ask to speak to the Finance Division to receive instructions regarding how he shall make this payment.

**IT IS SO ORDERED.**

Dated: January 2, 2025
     Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge