**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **KRISTIE BROWNELL,** *individually and on behalf of all other similarly situated,* | **Civil Action No.: 5:22-CV-1199 (FJS/ATB)** |
| **Plaintiff,** | |
| **-vs-** | **NOTICE OF MOTION** |
| **STARBUCKS COFFEE COMPANY,** | |
| **Defendant.** | |

---

| | |
|---|---|
| **MOTION MADE BY:** | Costello, Cooney & Fearon, PLLC, attorneys for Spencer Sheehan, Esq. and Sheehan & Associates, PC ("Mr. Sheehan"). |
| **DATE, TIME & PLACE OF HEARING:** | On submission before the Honorable Frederick J. Scullin, Jr., District Court Judge in the United States District Court for the Northern District of New York, at the James M. Hanley Federal Building, 100 South Clinton Street, Syracuse, New York 13261-6100. |
| **SUPPORTING PAPERS:** | The attorney declaration of Daniel R. Rose, dated March 24, 2026, together with the exhibits attached thereto, and all prior pleadings and proceedings. |
| **RELIEF REQUESTED AND GROUNDS THEREFOR:** | An order directing the Clerk's Office to pay to the order of Mr. Sheehan the sum of $500.00 for a sanction imposed by this Court and reversed by the United States Court of Appeals for the Second Circuit pursuant to Rule 60 of the Federal Rules of Civil Procedure. |
| **ANSWERING PAPERS:** | Pursuant to L.R. 7.1(a), any opposition to this motion must be served no more than twenty-one (21) days after service of this motion, unless modified by the Court. |

DATED:        March 24, 2026              COSTELLO COONEY & FEARON, PLLC


_____

DANIEL R. ROSE
 Bar Roll No. 518366
Attorneys for Non-Party,
 *Spencer Sheehan, Esq. and Sheehan &*
 *Associates, PC*
Office and Post Office Address
211 W. Jefferson Street, Suite 1
Syracuse, New York 13202
Telephone: (315) 422-1152
Email: drose@ccf-law.com