UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIE BROWNELL, *individually and on behalf of all other similarly situated*, | Civil Action No.: 5:22-CV-1199 (FJS/ATB) |

Plaintiff,

-vs-

STARBUCKS COFFEE COMPANY,

Defendant.

---

<u>ATTORNEY DECLARATION OF DANIEL R. ROSE</u>

I, **DANIEL R. ROSE**, hereby declare and state under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am an attorney licensed to practice law in New York State, as well as in the United States District Court for the Northern District of New York, and am a member of the law firm Costello, Cooney & Fearon, PLLC, attorneys for non-party, Spencer Sheehan, Esq. and Sheehan & Associates, PC ("Mr. Sheehan"). Accordingly, I am fully familiar with the facts and procedural history underlying the above-captioned matter.

2.      I make this Declaration in support of Mr. Sheehan's motion for an order directing the Clerk's Office to pay to the order of Mr. Sheehan the sum of $500.00 for a sanction imposed by this Court and reversed by the United States Court of Appeals for the Second Circuit (the "Second Circuit") pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.

3.      By Order dated July 12, 2023, this Court issued a Memorandum Decision and Order, in which the Court dismissed this action and issued a show-cause order as to why it should not sanction Mr. Sheehan, as Plaintiff's counsel, for filing a frivolous lawsuit. (Dkt. No. 24).

4.      After a hearing was held on the Court's order to show cause on August 22, 2023, the Court issued a Memorandum Decision and Order, dated November 30, 2023, in which the Court determined that Mr. Sheehan commenced this action without any studies, relevant caselaw, or reasonable interpretations of the Product label to support the allegations contained within the Complaint and that Mr. Sheehan acted in bad faith when he commenced this action. (Dkt. 41).

5.      Based upon the Court's findings as set forth in its November 20, 2023, Memorandum Decision and Order, the Court held Mr. Sheehan in contempt, but reserved decision on the nature of sanctions it would impose. (*Id.*).

6.      By Order dated January 2, 2025, the Court ordered that Mr. Sheehan pay $500.00 as sanction for violating Rule 11(b)(2) of the Federal Rules of Civil Procedure. (Dkt. 42).

7.      Pursuant to the Court's January 2, 2025, Order, Mr. Sheehan made payment in the amount of $500.00 to the Clerk's Office on January 13, 2025, with record of such payment being Receipt No. 27KPR5SH.

8.      Notice of Mr. Sheehan's appeal of the Court's January 2, 2025, Order, and each and every other Order affecting such final determination, was filed with this Court on January 24, 2025. (Dkt. No. 43).

9.      By Summary Order dated March 17, 2026, the Second Circuit reversed the judgment of this Court. (Dkt. Nos. 46 & 47).

10.     Specifically, the Second Circuit determined that it was not aware of, and this Court had not identified, any order which Mr. Sheehan violated, and therefore this Court's contempt order was erroneous. (*Id.*).

11.     The Second Circuit further determined that Mr. Sheehan signed a colorable complaint, submitted proof that he conducted a reasonable pre-filing inquiry, and therefore this

Court erred in finding that Mr. Sheehan acted in bad faith and its *sua sponte* imposition of Rule 11 sanctions was an abuse of discretion. (*Id.*).

12.    Based upon these findings, the Second Circuit reversed this Court's Orders holding Mr. Sheehan in civil contempt and imposing sanctions under Rule 11. (*Id.*).

13.    Fed. R. Civ. P. 60(b)(5) provides that, upon motion, the Court may grant relief from a final judgment or order where the same has been reversed or vacated.

14.    Based upon the Second Circuit's March 17, 2026, Summary Order, this Court's January 2, 2025 Order, finding that Mr. Sheehan violated Rule 11(b)(2) and requiring Mr. Sheehan to pay $500.00 to the Clerk's Office has been reversed, and Mr. Sheehan is entitled to the return of such funds paid in satisfaction thereof.

15.    Accordingly, we would respectfully request an order directing the Clerk's Office to return to Mr. Sheehan the sum of $500.00 which he previously paid.

**WHEREFORE**, your declarant respectfully requests an Order of this Court directing the Clerk's Office to pay to the order of Mr. Sheehan the sum of $500.00 under Fed. R. Civ. P. 60(b), based upon the Second Circuit's reversal of this Court's January 2, 2025, Order imposing such sanction, together with such other and further relief as the Court may deem just and proper.

Dated:  March 24, 2026

COSTELLO, COONEY & FEARON, PLLC

DANIEL R. ROSE
Bar Roll No.  518366
Attorneys for Non-Party,
  *Spencer Sheehan, Esq. and Sheehan &
  Associates, PC*
Office and Post Office Address
211 W. Jefferson Street, Suite 1
Syracuse, New York 13202
Telephone: (315) 422-1152
Email: drose@ccf-law.com

-3-