UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KRISTIE BROWNELL, individually and on
Behalf of all others similarly situated,

                  **Plaintiff,**

        v.                                    **5:22-CV-1199**
                                                        **(FJS/ATB)**

STARBUCKS COFFEE COMPANY,

                  **Defendant.**

---

## ORDER

In compliance with the Second Circuit's mandate reversing this Court's judgment holding Plaintiff's counsel, Spencer Sheehan, in civil contempt and its Order directing Mr. Sheehan to pay $500 as a sanction for violating Rule 11(b) of the Federal Rules of Civil Procedure, the Court hereby

**ORDERS** that the Clerk of the Court shall issue payment in the amount of $500.00 made payable to Mr. Sheehan in compliance with the Second Circuit's mandate issued April 7, 2026, *see* Dkt. No. 50.

**IT IS SO ORDERED.**

Dated: April 13, 2026
       Syracuse, New York

                         Frederick J. Scullin, Jr.
                         Senior United States District Judge